**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | ) CASE NO.  20-67575-jwc |
| | ) JUDGE Jeffery W. Cavender |
| | ) |
| Denise Lawson Serkedakis | ) |
| and | ) |
| William Constantine Serkedakis | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

**U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE CIM TRUST 2018-R6 MORTGAGE-BACK NOTES, SERIES 2018-R6 OF DEBTORS' REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R6 Mortgage-Back Notes, Series 2018-R6 ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtors' request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtors recently contacted Creditor requesting a forbearance period of 6 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 07/01/2020 through 12/01/2020. Creditor holds a secured interest in real property commonly known as 3629 Lakeshore Dr Smyrna, GA 30082 as evidenced by claim number 8-1 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtors desire to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtors or Counsel for the Debtors make those requests through undersigned counsel.

Per the request, Debtors will resume Mortgage payments beginning 01/01/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtors regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtors fail to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Date:  September 24, 2020

    Robertson, Anschutz, Schneid & Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425

By: /s/ Andrea L. Betts
Andrea L. Betts
GA Bar # 432863
abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 24th day of September 2020:

**Denise Lawson Serkedakis**
**3629 Lakeshore Dr Sw**
**Smyrna, GA 30082**

**William Constantine Serkedakis**
**3629 Lakeshore Dr Sw**
**Smyrna, GA 30082**

And via electronic mail to:

**Vesela Z. Eminovska**
**The Semrad Law Firm**
**Suite 300**
**235 Peachtree Street NE**
**Atlanta, GA 30303**

**Nancy J. Whaley**
**Nancy J. Whaley, Standing Ch. 13 Trustee**
**303 Peachtree Center Avenue**
**Suite 120, Suntrust Garden Plaza**
**Atlanta, GA 30303**

By:/s/Kory Jarzyk
kjarzyk@rascrane.com