**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | CHAPTER 13 |
| DENISE LAWSON SERKEDAKIS and WILLIAM CONSTANTINE SERKEDAKIS, Debtors. | CASE NO. 20-67575 - JWC |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE CIM TRUST 2018-R6 MORTGAGE-BACK NOTES, SERIES 2018-R6, ITS SUCCESSORS OR ASSIGNS, | CONTESTED MATTER* |
| Movant, | |
| V. | |
| DENISE LAWSON SERKEDAKIS and WILLIAM CONSTANTINE SERKEDAKIS, Debtors NANCY J. WHALEY, Chapter 13 Trustee, | |
| Respondents. | |

"Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone." http://www.ganb.uscourts.gov/important-information-regarding-court-operations-during-covid-19-outbreak

**NOTICE OF ASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R6 Mortgage-Back Notes, Series 2018-R6, has filed a Motion for Relief from Stay and related papers with the Court seeking an order granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Relief from Stay in United States Bankruptcy Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303, Courtroom 1203 at 10:30 A.M. on March 23, 2021. Your

rights may be affected by the Court's ruling on these pleadings.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is: United States Bankruptcy Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

In the event a hearing cannot be held within thirty (30) days from the filing of said Motion, as required by 11 U.S.C. Section 362, Movant, by and through counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by the signature below. If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period.

The undersigned consents to the automatic stay remaining in effect with respect to Movant until the court orders otherwise.

Date: February 26, 2021                                       **Logs Legal Group, LLP**

*/s/ Lucretia L. Scruggs*
Lucretia L. Scruggs
Georgia Bar No. 371008
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
lscruggs@logs.com

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | CHAPTER 13 |
| DENISE LAWSON SERKEDAKIS and WILLIAM CONSTANTINE SERKEDAKIS,<br>             Debtors. | CASE NO. 20-67575 - JWC |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE CIM TRUST 2018-R6 MORTGAGE-BACK NOTES, SERIES 2018-R6, ITS SUCCESSORS OR ASSIGNS,<br>             Movant,<br>V.<br>DENISE LAWSON SERKEDAKIS and WILLIAM CONSTANTINE SERKEDAKIS, Debtors<br>NANCY J. WHALEY, Chapter 13 Trustee,<br>             Respondents. | CONTESTED MATTER* |

**MOTION FOR RELIEF FROM STAY**

COMES NOW U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R6 Mortgage-Back Notes, Series 2018-R6, its successors or assigns, ("Movant"), by and through its undersigned counsel, and alleges as follows:

1.

The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362(d) FRBP 4001(a), and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the laws of the United States of America.

2.

Denise Lawson Serkedakis and William Constantine Serkedakis (hereinafter "Debtors") filed this proceeding under Chapter 13 of the Bankruptcy Code on June 26, 2020 and remain in possession of the subject property under a plan of arrangement to be confirmed by this Court.

3.

Movant is the holder or servicer of a loan secured by certain real property now or formerly known as 3629 Lakeshore Dr, Smyrna, GA 30082, in Cobb County, GA. Copies of the Deed of Trust and Assignments (if applicable) are attached hereto as Exhibit "A". A copy of the Note is attached hereto as Exhibit "B".

4.

Nationstar Mortgage LLC d/b/a Mr. Cooper directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from Stay. The promissory note has been duly endorsed. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

5.

Movant alleges that the Debtors are in default to Movant under the terms of the loan documents, having failed to make certain post-petition mortgage payments that have come due. As of January 22, 2021, the estimated post-petition deficiency is $2,848.60 and consists of the December 1, 2020 through January 1, 2021 payments at $934.48 each, attorney fees and costs in the amount of $1,038.00, less the suspense balance in the amount of $58.36. An additional

payment will come due February 1, 2021 and on the first day of each month thereafter until the loan is paid in full.

6.

As of January 22, 2021, current unpaid principal balance due under the loan document is $149,579.35. According to the Debtor's Schedule A/B, the property is currently valued at $225,515.00.

7.

Based upon the foregoing facts, there is a lack of adequate protection in the subject property. Movant shows that good cause exists to grant relief from the automatic stay of 11 U.S.C. § 362.

8.

Movant has incurred attorney's fees and cost as a result of filing this motion. These fees and cost are recoverable pursuant to the loan documents, and Movant seeks leave to recover these fees and costs under the remedies available therein.

9.

Movant requests that upon entry of an Order granting relief from the automatic stay of Section 362 said Order also instruct the Chapter 13 Trustee to cease disbursements on Movants' Proof of Claim.

WHEREFORE, Movant respectfully requests:

a) That the automatic stay under 11 U.S.C. § 362 be modified to allow Movant to pursue state remedies to protect its security interest in the Property, including, but not limited to, effectuating a foreclosure sale and gaining possession of the Property; to contact the Debtor via telephone or written correspondence to

discuss potential loan workout or loss mitigation opportunities; and to perform property preservation as appropriate;

b) That Movant's attorney's fees and costs incurred in filing and prosecuting this Motion be recoverable as pursuant to the loan documents and remedies available therein;

c) That the fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) be waived;

d) That Movant be permitted to offer and provide Debtor with information regarding a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement, and to enter into such an agreement with Debtor;

e) Movant prays, that in the event of an Order granting relief from the automatic stay of Section 362 said Order also instruct the Chapter 13 Trustee to cease disbursements on Movant's Proof of Claim.

f) For such other and further relief the Court deems just and proper.

Date: February 26, 2021               **Logs Legal Group, LLP**

*/s/ Lucretia L. Scruggs*
Lucretia L. Scruggs
Georgia Bar No. 371008
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
lscruggs@logs.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on 26th day of February 2021, a copy of the foregoing Notice of Assignment of Hearing was served, together with a copy of the Motion for Relief from Stay was caused to be served upon the following:

Via CM/ECF Electronic Notice

Vince Capomacchia
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, GA 30346
vcapomacchia@semradlaw.com, ganb.courtview@SLFCourtview.com

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
ecf@njwtrustee.com

Via First Class Mail, Postage Prepaid

Debtor
Denise Lawson Serkedakis
3629 Lakeshore Dr Sw
Smyrna, GA 30082

Debtor
William Constantine Serkedakis
3629 Lakeshore Dr SW
Smyrna, GA 30082

**Logs Legal Group, LLP**

*/s/ Lucretia L. Scruggs*
Lucretia L. Scruggs
Georgia Bar No. 371008
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
lscruggs@logs.com