UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DENISE LAWSON SERKEDAKIS** | ) | CASE NO.: **20-67575-JWC** |
| **WILLIAM CONSTANTINE** | ) | |
| **SERKEDAKIS ,** | ) | |
| | ) | |
| Debtors. | ) | |

**APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

COMES NOW, Denise Lawson Serkedakis and William Constantine Serkedakis ("Debtors"), and by and through the undersigned counsel respectfully requests that this Court approve the employment of the Law Office of Christopher L. Denison to represent Debtors as counsel of record regarding a claim against West Coast Servicing, LLC. In support of this application, Debtors show to this Court the following:

1.

On June 26, 2020, Debtors filed a Petition for relief under Chapter 13 of the Bankruptcy Code, Case Number 20-67575-JWC.

2.

Debtors retained Law Office of Christopher L. Denison as counsel to represent them in a claim against West Coast Servicing, LLC.

3.

Debtors request that the Court approve the employment of Law Office of Christopher L. Denison for the express purpose of representing Debtors in their claim against West Coast Servicing, LLC.

4.

Debtors have employed Law Office of Christopher L. Denison for professional services and agreed to a payment agreement in contract to hire special counsel. All remaining compensation paid to Debtors is subject to approval by this Court. Debtors believe that approval of the employment of the Law Office of Christopher L. Denison would be in the best interest of the estate.

5.

Debtors acknowledge that that any money received or owed in the claim is subject to the approval of the Chapter 13 Trustee and the U.S. Bankruptcy Court.

6.

To the best of Debtors' knowledge, the proposed special counsel does not have any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the office of the United States trustee (the "Relevant Parties") (see attached Affidavit of Counsel marked as Exhibit "A").

WHEREFORE, Debtors pray that the Court approve Debtors' employment of Law Office of Christopher L. Denison in their claim against West Coast Servicing, LLC as provided under Chapter 13 of the Bankruptcy Code.

Dated: March 17, 2021                                          Respectfully submitted,

                                                                   /s/
Jonathan A. Proctor
GA Bar No.: 890603
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:  CHAPTER 13

**DENISE LAWSON SERKEDAKIS,**
**WILLIAM CONSTANTINE**
**SERKEDAKIS,**   CASE NO. **20-67575-** JWC

DEBTOR.

---

### AFFIDAVIT AND VERIFICATION UNDER BANKRUPTCY RULE 2014

COMES NOW the undersigned affiant, Chris Denison, after being duly sworn and hereby states as follows:

1.

I am an attorney lawfully admitted to practice law in the State of Georgia. My business address is: Law Office of Christopher L. Denison., 1735 Buford Hwy, Suite 215, No. 272, Cumming, GA 30092. My phone number is (678) 367-8672.

2.

The Debtors have retained my firm to represent them as Special Counsel in non-bankruptcy matters regarding the Debtors' claim against West Coast Servicing, LLC. My fee agreement is attached.

3.

To the best of my knowledge, I do not represent interests adverse to those of the Debtors, its creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

EXHIBIT A

4.

I recognize that court approval must be sought either on Debtor's own motion or on motion by bankruptcy counsel prior to the disbursement of any recovery of the claim to which the "Application to Employ Special Counsel" refers, and the flat fee paid plus court filing fees of $450 plus service of process fees must be approved prior to filing.

I, Chris Denison, counsel in the above-referenced non-bankruptcy matter, certify that the foregoing representations are true and correct, and that the attached copy of a retainer agreement accurately reflects my fee arrangements with the Debtor.

Further Affiant Sayeth Not.

This __9th__ Day of __March__, 2021,

_____
Chris Denison,
Georgia Bar No.: 510724
1735 Buford Hwy, Suite 215, No. 272
Cumming, Ga. 30041
T: 678-367-8672
F: 706-229-8439
cdenison@denisonandassociates.com

Sworn to and subscribed before me:

This __9th__ Day of __March__, 2021.

_____
Notary Public

My Commission expires: __10/18/22__

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DENISE LAWSON SERKEDAKIS** | ) | CASE NO.: **20-67575-JWC** |
| **WILLIAM CONSTANTINE** | ) | |
| **SERKEDAKIS ,** | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE:

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Application to Approve Employment of Special Counsel upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Denise Lawson Serkedakis
William Constantine Serkedakis
3629 Lakeshore Dr SW
Smyrna, GA 30082

Law Office of Christopher L. Denison
1735 Buford Hwy, Suite 215, No. 272
Cumming, GA 30092

U.S. Trustee
75 Ted Turner St., SW #362
Atlanta, GA 30303

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: March 17, 2021

/s/
Jonathan A. Proctor
GA Bar No.: 890603
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**