| Fill in this information to identify the case: |
|---|
| Debtor 1  Denise Lawson Serkedakis |
| Debtor 2  William Constantine Serkedakis <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: Northern District of Georgia <br> (State) |
| Case number 20-67575-JWC |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges
12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of creditor: | West Coast Servicing, Inc. | Court claim no. (if known): | 10 |
|---|---|---|---|

**Last 4 digits** of any number you use to identify the debtor's account:   4670

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No

X Yes.  Date of the Last Notice   11/19/2020

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Date(s) Incurred | Amount |
|---|---|---|
| Motion for Relief Fees and Costs | 11/23/2020 | $1,231.00 |
| Motion for Relief Third Hearing Attendance | 3/23/2021 | $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Denise Lawson Serkedakis</u>                                                    Case number (*if known*) <u>20-67575-JWC</u>

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   <u>/s/ Lisa F. Caplan</u>                                   Date  <u>3/25/21</u>
       Signature

Print:   <u>Lisa F. Caplan</u>                                   Title  <u>Attorney for Creditor</u>
         First Name   Middle Name  Last Name

Company   Rubin Lublin, LLC

Address   <u>3145 Avalon Ridge Place, Suite 100</u>
          Number        Street
          <u>Peachtree Corners, GA 30071</u>
          City                    State    ZIP Code

Contact phone   (877) 813-0992              Email   lcaplan@rubinlublin.com

# UNITED STATES BANKRUPTCY COURT

| Notice to Borrower |
|---|
| Upon written request, you are entitled to the following information:<br>  A.  A copy of your payment history from the period the mortgage loan was last less than 60 days delinquent to present<br>  B.  A copy of the promissory note or lost note affidavit where applicable<br>  C.  The name of the investor that holds the loan<br>  D.  If we have initiated foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclosure under applicable state law.<br><br>To obtain this information, submit a written request to:<br><br>Borrower Information Requests<br>7911 Warner Ave.<br>Suite 200<br>Huntington Beach, CA 92647 |

CERTIFICATE OF SERVICE

      I Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Denise Lawson Serkedakis
3629 Lakeshore Dr Sw
Smyrna GA, 30082

William Constantine Serkedakis
3629 Lakeshore Dr Sw
Smyrna GA, 30082

Vesela Z. Eminovska, Esq.
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303


Executed on 3/25/21

By: /s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor