**Fill in this information to identify the case:**

Debtor 1  Denise Lawson Serkedakis

Debtor 2  William Constantine Serkedakis
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern    District of  Georgia
                                                                  (State)

Case number  20-67575-JWC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** West Coast Servicing, Inc.

**Court claim no.** (if known): 10-2

**Last 4 digits** of any number you use to identify the debtor's account:  4  6  7  0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes.  Date of the last notice:  03 / 25 / 2021

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 08/29/2021-09/13/2021 | (3) | $ 595.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses.  Specify: | | (10) | $ |
| 11. Other.  Specify: | | (11) | $ |
| 12. Other.  Specify: | | (12) | $ |
| 13. Other.  Specify: | | (13) | $ |
| 14. Other.  Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **1**

Debtor 1  _Denise_  _Lawson_  _Serkedakis_    Case number (*if known*) _20-67575-JWC_
        First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _/s/ John T. Rouse_          Date _10 / 27 /2021_
   Signature

Print: _John_   _T._   _Rouse_          Title _Attorney_
     First Name  Middle Name  Last Name

Company: _McGlinchey Stafford_

Address: _1020 Highland Colony Pkwy, Suite 702_
    Number  Street
_Jackson_      _MS_   _39157_
City      State   ZIP Code

Contact phone ( _769_ ) _524_ – _2329_     Email _jrouse@mcglinchey.com_

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      page **2**

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF ORANGE** )

I, Allen Sifuentes, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On October 27, 2021, I served the document(s) described as: **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** as follows:

☒ **BY MAIL**: As follows:

    ☒ **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid.

See Attached Service List.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

See Attached Service List

☐ **BY EMAIL SERVICE** as follows: By email or electronic transmission: Based on any agreement between the parties and/or as a courtesy, I sent the document(s) to the person(s) at the email address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful

☒ **FEDERAL:** I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on October 27, 2021, at Irvine, California.

*/s/ Allen Sifuentes*
_____
ALLEN SIFUENTES

1443997.1

# SERVICE LIST
## United States Bankruptcy Court, Northern District of Georgia
## In re Denise Lawson Serkedakis and William Constantine Serkedakis
## File # 107548.0030

<u>Via Regular Mail</u>:
Denise Lawson Serkedakis
William Constantine Serkedakis
3629 Lakeshore Dr SW
Smyrna, GA 30082

*Debtors*

<u>Via CM/ECF Notice:</u>
Vince Capomacchia
Craig A Cooper
Vesela Z. Eminovska
Jonathan A. Proctor
Dylan K. Steed
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

Attorneys for *Debtors* **DENISE LAWSON SERKEDAKIS AND WILLIAM CONSTANTINE SERKEDAKIS**

Tel:  (877) 813-0992
Fax:  (404) 601-4604
E-mail: ccooper@semradlaw.co,

Nancy J. Whaley
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Standing Chapter 13 Trustee

Tel: (678) 992-1201
Email: ecf@njwtrustee.com

1443997.1